UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

JOHN GARVEY, an Individual, and all
others similarly situated pursuant to
29 U.S.C. §216(b),

       Plaintiff,

vs.

UNITED PARCEL SERVICE, INC.,

       Defendant.
_____/

### VERIFIED COMPLAINT

Plaintiff, JOHN GARVEY, on behalf of himself and all others similarly situated, pursuant to 29 U.S.C. §216(b), files the following Complaint against Defendants, UNITED PARCEL SERVICE, INC. ("UPS"), an individual, and alleges:

### PARTIES

1. This is an action arising under the Fair Labor Standards Act, 29 U.S.C. §§201-216 (the "FLSA"), as well as Chapter 448.110, Florida Statutes.

2. At all times material hereto, Plaintiff was and is a resident of Monroe County, Florida, over the age of 18 years, and otherwise *sui juris*.

3. At all times material hereto, Defendant, UPS, was and is a foreign corporation located in Atlanta, Georgia, and transacting business within this District.

4. At all times material hereto, UPS was the FLSA employer during Plaintiff's relevant period of employment.

5. Defendant's business activities involved those to which the FLSA applies. The Defendant's business and Plaintiff's work for the Defendants affected interstate commerce

because the materials and goods used on a constant and/or continuous basis moved through interstate commerce prior to or subsequent to Plaintiff's handling of the same. Plaintiff's work for the Defendants was in and/or so closely related to interstate commerce while he worked for the Defendants that the FLSA clearly applies to Plaintiff's work.

6. Defendant regularly employed two or more employees during the relevant time period who handled goods or materials similar to those handled by Plaintiff or used the instrumentalities of interstate commerce or the mails, thus making Defendant's business an enterprise covered by the FLSA.

7. Defendant's corporation grossed or did business in excess of $500,000.00 annually during the relevant time period.

8. During his working hours, Plaintiff and all similarly situated individuals worked delivering packages for the Defendant, but were not paid for one or more hours of work, notwithstanding that they worked the said hours with the knowledge and at the request of the Defendant in this case.

9. All acts and omissions giving rise to this dispute took place within this District, and UPS has offices and is doing business in this District.

10. Jurisdiction is proper within the Southern District of Florida pursuant to 29 U.S.C. §216(b), and 28 U.S.C. §§1331 and 1337.

11. Venue is proper within this District pursuant to 29 U.S.C. §216(b) and 28 U.S.C. §1391(b).

## FACTUAL ALLEGATIONS

12.     Plaintiff began work for UPS on October 23, 2019, and his last day of work for UPS was January 9, 2020. Plaintiff was hired as a Package Handler at the hourly rate of $17.00 per hour. During his employment, Plaintiff was not paid for multiple hours worked, despite repeated complaints to UPS about this problem, and despite promises from UPS to pay him. The specific dates and amounts at issue are as follows:

| DATE | UNPAID HOURS | AMOUNT OWED |
| --- | --- | --- |
| 11/11/19 | 11.75 | 199.75 |
| 11/21/19 | 4.58 | 77.86 |
| 11/22/19 | 3.83 | 65.11 |
| 11/25/19 | 4.42 | 75.14 |
| 11/29/19 | 3.67 | 62.39 |
| 12/09/20 | 4.75 | 80.75 |
| 01/06/20 | 6 | 102 |

## COUNT I
## FEDERAL MINIMUM WAGE VIOLATIONS

Plaintiff re-avers and re-alleges Paragraphs 1 through 12 above, as though fully set forth herein.

13.     Defendant has failed to pay Plaintiff, and all similarly situated individuals, a minimum wage as required by federal law, for one or more weeks of work for the Defendant in this case.

14.     Defendant was and is aware for the federal minimum wage requirements, and therefore willfully failed to pay Plaintiff and all similarly situated individuals a minimum wage for one or more weeks of work, in violation of 29 U.S.C. §206.

WHEREFORE, Plaintiff, JOHN GARVEY, respectfully requests that this Court certify a collective action of all current and former employees of Defendants, UNITED PARCEL SERVICE, INC. who were not paid in conformity with federal minimum wage standards, and

award Plaintiff, as well as the collective, double unpaid minimum wages owed by Defendant as provided by the Fair Labor Standards Act, as well as all reasonable attorney's fees and litigation costs, pursuant to the Fair Labor Standards Act, and judgment for all such other amounts as this Court may deem and equitable under the circumstances.

## COUNT II
## FLORIDA MINIMUM WAGE VIOLATIONS

15. Plaintiff re-avers and re-alleges Paragraphs 1 through 12 above, as though fully set forth herein.

16. Defendant has failed to pay Plaintiff a minimum wage as required by Florida law, for one or more weeks of work for the Defendants in this case.

17. Defendant was and is well aware for the Florida minimum wage requirements, and willfully failed to pay Plaintiff and all similarly situated individuals a minimum wage for one or more weeks of work, in violation, *inter alia,* of the Florida Constitution, Article X, Section 24.

WHEREFORE, Plaintiff, JOHN GARVEY, respectfully requests that this Court require Defendant, UNITED PARCEL SERVICE, INC. to pay all double unpaid minimum wages owed by Defendants as provided by Florida law, including Chapter 448, Florida Statutes, as well as all reasonable attorney's fees and litigation costs, pursuant to Florida law, and judgment for all such other amounts as this Court may deem and equitable under the circumstances.

## JURY TRIAL DEMAND

Plaintiff hereby requests and demands a trial by jury on all claims so triable.

DATED this 30 day of July 2020.

Respectfully Submitted,

**Law Offices of Nolan Klein, P.A.**
*Attorneys for Plaintiff*
5550 Glades Rd., Ste 500
Boca Raton, Florida 33431
PH:   (954) 745-0588

By: /s/ Nolan K. Klein
    NOLAN K. KLEIN
    Florida Bar No. 647977
    klein@nklegal.com
    amy@nklegal.com

## VERIFICATION

I hereby swear or affirm that the allegations set forth above are true and correct to the best of my knowledge, information, and belief.

_____
JOHN GARVEY

5