UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-cv-10089-JLK

JOHN GARVEY, an individual, and all
others similarly situated pursuant to
29 U.S.C. §216(b),

    Plaintiff,

v.

UNITED PARCEL SERVICE, INC.,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE**

THIS CAUSE, comes before the Court on Plaintiff's Notice of Voluntary Dismissal without Prejudice (D.E. #6) filed August 21, 2020 in the above styled case. Accordingly, after a careful review of the record and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is

ORDERED, ADJUDGED and DECREED as follows:

1.     The above-styled case is hereby DISMISSED WITHOUT PREJUDICE.

2.     All unresolved pending motions in this case are hereby DENIED as moot.

3.     The Clerk shall CLOSE this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 24th day of August, 2020.

*James Lawrence King*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:     All Counsel of Record